117 A.3d 176

IN THE MATTER OF ELIZABETH ANNE GLASSER, AN
ATTORNEY AT LAW (ATTORNEY NO. 047161993).

July 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 13–398, concluding on the record certified to the
Board pursuant to *Rule* 1:20–4(f) (default by respondent), that
**ELIZABETH ANNE GLASSER of WESTFIELD**, who was ad-
mitted to the bar of this State in 1993, and whose license to
practice in New Jersey was administratively revoked pursuant to
*Rule* 1:28–2(c), effective September 30, 2013, should be censured
for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of dili-
gence), *RPC* 1.4(b) (failure to adequately communicate with client),
*RPC* 1.5(b) (failure to memorialize the rate or basis of the fee),
*RPC* 1.16(d) (failure to refund an unearned retainer and failure to
return the file on termination of the representation), *RPC* 5.5(a)
(practicing law while ineligible), and *RPC* 8.1(b) (failure to cooper-
ate with disciplinary authorities);

And the Disciplinary Review Board having further concluded
that respondent should be required to refund $3,500 to her client
in the *Ornstein/Brathwaite* matter within sixty days after the
filing date of the Order, and to provide proof of payment to the
Office of Attorney Ethics; and that failure to make full restitution
should preclude respondent from being readmitted to the New
Jersey bar; and it is further

ORDERED that **ELIZABETH ANNE GLASSER** is hereby
censured; and it is further

ORDERED that respondent shall refund $3,500 to her client in
the *Ornstein/Brathwaite* matter within sixty days after the filing
of this Order and shall provide proof of payment to the Office of
Attorney Ethics; failure to make full restitution shall preclude

respondent from being readmitted to the New Jersey bar; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.